IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07–cv–01138–EWN–CBS

STRATFORD AT AVON LLC,
a Colorado corporation,

    Plaintiff,

v.

CHICAGO TITLE INSURANCE COMPANY,
a Missouri corporation doing business in the State of Colorado,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Vacate and Reset Preliminary Pretrial Conference and Settlement Conference (*doc. no. 20)* is **GRANTED**. The November 26, 2007 preliminary pretrial conference and November 27, 2007 settlement conference are **VACATED**.

IT IS FURTHER ORDERED that on or before **October 29, 2007** counsel shall create a conference call, and then contact the Court at (303) 844-2117 to obtain new dates for the preliminary pretrial and settlement conferences.

**DATED:**     October 24, 2007